```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LUMILEDS HOLDING B.V.,

            Plaintiff,         24-cv-9556 (JGK)

    - against -         <u>ORDER</u>

FIRST BRANDS GROUP, LLC,

            Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 22, 2025.

SO ORDERED.

Dated:    New York, New York
           January 8, 2025

                                          John G. Koeltl
                                     United States District Judge